UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| AEGIS INSURANCE SERVICES, LTD.; ALLIED WORLD ASSURANCE COMPANY, LTD.; COMMONWEALTH INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY OF LONDON; WELLINGTON INSURANCE COMPANY; and ZURICH INSURANCE COMPANY, as Subrogees of SIERRA PACIFIC RESOURCES,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, GAS TURBINE DIVISION, and DOES 1-30 inclusive,<br><br>Defendants. | * | NO. 3:06-cv-503-ECR-RAM |

## JOINT MOTION AND ORDER
## TO DISMISS WITH PREJUDICE

Plaintiffs, Aegis Insurance Services, Ltd., Allied World Assurance Company, Ltd., Commonwealth Insurance Company, Lexington Insurance Company of London, Wellington Insurance Company, and Zurich Insurance Company, as Subrogees of Sierra Pacific Resources and Defendant, General Electric Company (identified in Plaintiffs' Complaint as "General Electric Company Gas Turbine Division"), appearing herein through its counsel of record, and upon suggesting to the Court that the above captioned matter has been compromised and settled and that movers desire to dismiss all claims as to all parties, with prejudice;

**IT IS ORDERED BY THE COURT** that the above entitled and numbered cause be and the same is hereby dismissed as to all parties with prejudice, each party to bear its own costs of Court.

Respectfully submitted,

Dated: 4 June 2009

COZEN O'CONNOR

By: *Harvey Fruman*
Harvey Fruman
(Admitted *pro hac vice*)
COZEN O'CONNOR
125 Lincoln Avenue, Suite 400
Santa Fe, NM 87501
Telephone: 505 820-3346
Facsimile: 505820-3347
ATTORNEYS FOR PLAINTIFFS

Dated: 4 June 2009

DAIGLE FISSE & KESSENICH, PLC

By: *Michael D. Fisse*
Michael D. Fisse
(Admitted *pro hac vice*)
P.O. Box 5350
Covington, LA 70434-5350
Telephone : 985 721-0800
Facsimile:  985 871-0899
ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED.

_____
EDWARD C. REED, JR.
UNITED STATES DISTRICT JUDGE